IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
AUG 2 8 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY LR DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **MO:23-CR-47(3)** |
| | § | |
| **RITO SUNIGA (3)** | § | |

**ORDER DETERMINING DEFENDANT'S COMPETENCY**

On August 28, 2024, this cause came before the Court for further consideration of the Court's Order for the Defendant to have a Psychiatric or Psychological Exam. All parties were present, including the Defendant. The Court finds as follows:

That on April 20, 2023, the Court entered an Order for Psychiatric or Psychological Examination of Defendant **RITO SUNIGA** pursuant to 18 U.S.C. § 4241(b). On June 26, 2023, the Court entered a **Sealed Order Determining Defendant's Competency and Ordering Hospitalization**. (Doc. 83).

In accordance with the Court's Orders, Defendant **RITO SUNIGA** was hospitalized and examined by forensic psychologist Nicole Osborn, PsyD at the Metropolitan Correctional Center in Chicago, Illinois; a report was prepared and filed pursuant to 18 U.S.C. § 4247(c); the report concluded that Defendant **RITO SUNIGA** is not currently suffering from a mental disease or defect which renders him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense; and, neither Defendant **RITO SUNIGA** nor the Government contested the report's findings.

That, after conducting a hearing pursuant to 18 U.S.C. §4247(d), the Court finds that Defendant **RITO SUNIGA** is not presently suffering from a mental disease or defect rendering

him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant **RITO SUNIGA** is competent.

It is so **ORDERED**.

Signed this 28th day of August, 2024.

**RONALD C. GRIFFIN**
United States Magistrate Judge